

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-10-339-CR

PATRICK BERRYMAN DEVENNY                                      APPELLANT
A/K/A PATRICK SCOTT DEVENNY

V.

THE STATE OF TEXAS                                                          STATE

----------

### FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 7, 2010

---

[1]*See* Tex. R. App. P. 47.4.